1   Benjamin K. Riley (CA Bar No. 112007)
    Briley@bzbm.com
2   **BARTKO, ZANKEL, BUNZEL & MILLER**
    One Embarcadero Center, Suite 800
3   San Francisco, CA  94111
    Telephone: (415) 956-1900
4   Facsimile:  (415) 956-1152

5   Kerry L. Bundy (MN Bar No. 266917)
    *(Pro Hac Vice)*
6   Kerry.Bundy@faegrebd.com
    Aaron Van Oort (MN Bar No. 315539)
7   *(Pro Hac Vice)*
    Aaron.VanOort@faegrebd.com
8   **FAEGRE BAKER DANIELS LLP**
    2200 Wells Fargo Center
9   90 South Seventh Street
    Minneapolis, MN  55402
10   Telephone:  (612) 766-7000
    Facsimile:  (612) 766-1600

11

    Attorneys for Defendants
12   JANI-KING OF CALIFORNIA, INC.,
    JANI-KING, INC., and JANI-KING
13   INTERNATIONAL, INC.

| Exhibit 4 |
| --- |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALEJANDRO JUAREZ, MARIA JUAREZ, LUIS A. ROMERO, and MARIA PORTILLO, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    vs.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas Corporation; JANI-KING, INC., a Texas Corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No.: 4:09-cv-03495-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL SEID IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO VACATE SUMMARY JUDGMENT ORDER PURSUANT TO NINTH CIRCUIT ORDER REMANDING CASE FOR FURTHER PROCEEDINGS**<br><br>Date:   December 11, 2018<br>Time:  2:00 p.m.<br>Place:  Courtroom 1<br>Judge: Hon. Yvonne Gonzalez Rogers |

1         I, Michael H. Seid, declare as follows:

2    **Background and Qualifications**

3         1.     I am the founder and Managing Director of MSA Worldwide ("MSA"), a

4    provider of domestic and international franchise advisory services. A true and correct copy of

5    my CV is attached as Exhibit A hereto.

6         2.     I have provided testimony previously in this matter, in a declaration dated

7    August 13, 2010. I re-affirm and incorporate those opinions herein by reference. This

8    declaration will only repeat the portions of my prior declaration that are helpful in providing

9    context to the supplemental opinion I am providing here.

10        3.     The facts contained in this declaration are within my personal knowledge, and I

11   could and will testify truthfully to those facts if called to do so under oath.

12        4.     I make this declaration in support of Defendants' Opposition to Plaintiffs'

13   Motion to Vacate Summary Judgment Order Pursuant to Ninth Circuit Order Remanding Case

14   for Further Proceedings.

15

16   **Scope of Declaration and Summary of My Opinions**

17        5.     Jani-King of California, Inc. ("Jani-King") has asked me to opine on franchising

18   as a distribution model, how franchisors structure and operate their franchise systems, and how

19   franchisors have relied on the independent contractor relationship between it and its franchisees

20   in operating in California.

21        6.     Based on my extensive experience in the franchise industry, the franchise

22   business model is (and always has been) based on an independent contractor relationship

23   between a franchisor and franchisee. Franchisors have relied on the well-known concepts found

24   in the Federal Trade Commission ("FTC") Rules (promulgated in 1979) and the California

25   Franchise Investment Law ("CFIL") (enacted in 1970) in structuring their relationship with

26   their franchisees in California, and in exercising the necessary controls to protect their brand

27   and goodwill as required by the Federal Lanham (Trademark) Act (enacted in 1948). In

28   consulting with franchisors on the set-up and execution of their franchise systems in California

1    of the franchisor's business and therefore was an employee of the franchisor. As the IFA has

2    noted, "The ABC test simply does not account for the symbiotic relationship that is at the heart

3    of franchising. This incongruence between the test and the day-to-day practices of franchise

4    systems creates an uncertainty among the franchise community, not to mention unnecessary

5    litigation." https://www.franchise.org/franchisees-are-independent-contractors-but-not-as-

6    easy-as-%E2%80%9Cabc%E2%80%9D-in-some-states-0

7            24.     I am familiar with the *Coverall* case and the impact it has had in the franchise

8    business community in Massachusetts. In the years since it was decided, the *Coverall* decision

9    has raised many questions for legitimate franchise businesses operating in, or considering

10   operating in, Massachusetts. As a leading treatise on franchise law noted, "franchise

11   practitioners were surprised to learn that a court had ruled a franchised business to be an

12   employee of the franchisor." 1 W. Michael Garner, *Employment Relationships*, *in* Franchise &

13   Distribution Law & Practice § 1:30 (2017). Franchisors I talked to have voiced similar

14   reactions to *Coverall*, and many of my clients today hesitate to enter into Massachusetts as

15   franchisors because of the uncertainty raised by the *Coverall* decision.

16

17           I declare under penalty of perjury under the laws of the United States that the foregoing

18   is true and correct.

19

20

21           Executed this 8th day of November, 2018, in West Hartford, Connecticut.

22

23

24   

25   _____

                    MICHAEL SEID

26

27

28

DECLARATION OF MICHAEL SEID IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO VACATE
SUMMARY JUDGMENT ORDER; CASE NO. 4:09-CV-03495-YGR

1 | Benjamin K. Riley (CA Bar No. 112007)
  | rileyb@howrey.com
2 | Emily L. Maxwell (CA Bar No. 185646)
  | maxwelle@howrey.com
3 | Seth B. Herring (CA Bar No. 253907)
  | herrings@howrey.com
4 | **HOWREY LLP**
  | 525 Market Street, Suite 3600
5 | San Francisco, CA  94105
  | Telephone:  415.848.4900
6 | Facsimile:  415.848.4999

7 | Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
  | kbundy@faegre.com
8 | Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
  | avanoort@faegre.com
9 | Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
  | ehunter@faegre.com
10 | **FAEGRE & BENSON, LLP**
   | 2200 Wells Fargo Center
11 | 90 South Seventh Street
   | Minneapolis, MN  55402
12 | Telephone:  612.766.7000
   | Facsimile:  612.766.1600
13 |

14 | Attorneys for Defendants
   | JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   | and JANI-KING INTERNATIONAL, INC.
15 |

16 |

17 | **UNITED STATES DISTRICT COURT**
   | **NORTHERN DISTRICT OF CALIFORNIA**
   | **SAN FRANCISCO DIVISION**
18 |

19 | ALEJANDRO JUAREZ, MARIA JUAREZ, | Case No.: CV09-03495 SC
   | LUIS A. ROMERO, and MARIA PORTILLO,
20 | individually and on behalf of all others | **CLASS ACTION**
   | similarly situated,
21 |     Plaintiffs,
22 | v. | **DECLARATION OF MICHAEL H. SEID**
23 | JANI-KING OF CALIFORNIA, INC., a Texas
   | Corporation; JANI-KING, INC., a Texas
24 | Corporation; JAN I-KING INTERNATIONAL, | Complaint filed: June 22, 2009
   | INC., a Texas corporation; and DOES 1
25 | through 20, inclusive,
26 |     Defendants.
27 |
28 |

HOWREY LLP

FB.US.5584471.01

1    I, Michael H. Seid, declare as follows:

2    **My Background and Qualifications**

3         1.     I am the founder and Managing Director of Michael H. Seid & Associates, LLC'

4    ("MSA"), a provider of domestic and international franchise advisory services.

5         2.     I graduated from Long Island University with a B.S. degree in Accounting in

6    1975. During the period 1970 through 1976, I was a member of the U.S. Army Reserves and

7    was honorably discharged in 1976 with the rank of Staff Sergeant. During the course of my

8    professional career, I have served at various times as a senior operations officer, financial

9    executive, consultant, and accountant for companies within the franchise, retail, restaurant,

10   hospitality, healthcare, education, and services industries. From 1987 through the present, I have

11   primarily been a consultant to the franchise industry.

12        3.     I am a frequent speaker at programs for the International Franchise Association

13   ("IFA") and various other retail and professional organizations. The IFA is the oldest and largest

14   franchise association in the United States. Its members include both franchisors and franchisees.

15        4.     I have lectured and written for the ABA Forum on Franchising and the IFA Legal

16   Symposium. I have lectured at several universities and law schools, including St. Thomas

17   University, Georgetown Law School, New York University School of Law, Benjamin N.

18   Cardozo School of Law, Nova University, the University of Arizona, Johnson & Wales

19   University, and MIT Sloan School of Management.

20        5.     I have published numerous articles on franchising. I am the author of *Franchising*

21   *for Dummies*, 2nd Edition, published by Wiley Publishing, Inc. My co-author for *Franchising*

22   *for Dummies*, 1st Edition, was the late Dave Thomas, founder of Wendy's International.

23        6.     I have consulted, both domestically and internationally, for companies on the

24   appropriateness of franchising, licensing, and other methods of downstream distribution of

25   products and services, as well as the design and development of franchise and licensing systems.

26   MSA and I have provided services in virtually every area of franchising, including franchise

27   sales programs, systems development, manuals, training programs, marketing, expansion

28                                      1

*document and franchise contract and have an accountant review the company's financial disclosures.* (Emphasis added.)

**Lawyer and Accountant:**

Investing in a franchise is costly. An accountant can help you understand the company's financial statements, develop a business plan, and assess any earnings projections and the assumptions upon which they are based. An accountant can help you pick a franchise system that is best suited to your investment resources and your goals.

Franchise contracts are usually long and complex. *A contract problem that arises after you have signed the contract may be impossible or very expensive to fix. A lawyer will help you to understand your obligations under the contract, so you will not be surprised later. Choose a lawyer who is experienced in franchise matters. It is best to rely upon your own lawyer or accountant, rather than those of the franchisor.* (Emphasis added.)

71.     The information included by the FTC in their consumer guide regarding due diligence procedures, including their recommendations about contacting current and former franchisees and the engagement of professional advisors, are also included in one fashion or another in every book or article on the subject of franchisee investment I have read, including my own work, *Franchising for Dummies* 1st and 2nd editions.

72.     Based upon my review of the Jani-King UFOC and my experience and expertise in franchising, it is my expert opinion that the Jani-King UFOC adequately makes the disclosure in plain English required by the FTC and UFOC guidelines.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 13, 2010

                                        s/ Michael H. Seid
                                        Michael H. Seid

32

## DECLARATION OF SERVICE BY U.S. MAIL AND EMAIL

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action. My business address is 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901.

On August 13, 2010, I served on the interested parties in said action the within:

### DECLARATION OF MICHAEL H. SEID

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

| | |
|---|---|
| Monique Olivier, Esq. | Mark Talamantes, Esq. |
| molivier@sturdevantlaw.com | mark@e-licenciados.com |
| Whitney Huston, Esq. | Jennifer A. Reisch, Esq. |
| whuston@sturdevantlaw.com | Jennifer@e-licenciados.com |
| The Sturdevant Law Firm, P.A. | Talamantes Villegas Carrera, LLP |
| 354 Pine Street, 4th Floor | 170 Columbus Ave., Suite 300 |
| San Francisco, CA 94104 | San Francisco, CA 94133 |

Shannon Liss-Riordan, Esq.
sliss@llrlaw.com
Hillary Schwab, Esq.
hschwab@llrlaw.com
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2010, at Minneapolis, Minnesota.

Adam M. Nodler
_____          _____
(Type or print name)                         (Signature)