**EXHIBIT 11 FILED UNDER SEAL**

**PURSUANT TO COURT ORDER NO. 92**