## ITEM 20
## OUTLETS AND FRANCHISEE INFORMATION

### Table No. 1

### Franchisor Outlet Summary
### For Years 2016 to 2018[1]

| Column 1<br>Outlet Type | Column 2<br>Year | Column 3<br>Outlets at the<br>Start of the Year | Column 4<br>Outlets at the<br>End of the Year | Column 5<br>Net Change |
|---|---|---|---|---|
| Franchised | 2016 | 6,342 | 6,093 | -249 |
|  | 2017 | 6,093 | 5,871 | -222 |
|  | 2018 | 5,871 | 5,692 | -179 |
| Company-Owned | 2016 | 21 | 20 | -1 |
|  | 2017 | 20 | 19 | -1 |
|  | 2018 | 19 | 16 | -3 |
| Total Outlets | 2016 | 6,363 | 6,113 | -250 |
|  | 2017 | 6,113 | 5,890 | -223 |
|  | 2018 | 5,890 | 5,708 | -182 |

[1] All numbers are as of our fiscal year end which is December 31. This chart provides system-wide numbers and includes outlets of Franchisor, Corporate Region Subs, and Domestic Master Franchises.

### Table No. 2

### Transfers of Outlets From Franchisees To New Owners
### (Other than the Franchisor)
### For Years 2016 to 2018[1]

| Column 1<br>State | Column 2<br>Year | Column 3<br>Number of Transfers |
|---|---|---|
| Alabama | 2016 | 2 |
|  | 2017 | 2 |
|  | 2018 | 7 |
| Arizona | 2016 | 2 |
|  | 2017 | 1 |
|  | 2018 | 6 |
| Arkansas | 2016 | 0 |
|  | 2017 | 0 |
|  | 2018 | 0 |
| California | 2016 | 6 |
|  | 2017 | 0 |
|  | 2018 | 7 |
| Colorado | 2016 | 0 |
|  | 2017 | 0 |
|  | 2018 | 1 |

standards or other reasons; none have been reacquired by us through a purchase, although we are not required to do so; none have been non-renewed by us; two have been otherwise reacquired by us; and one has ceased operations.

Table No. 4

**Status of Company-Owned Outlets
For Years 2016 to 2018[1]**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| State | Year | Outlets at Start of Year | Outlets Opened | Outlets Reacquired from Franchisee | Outlets Closed | Outlets Sold to Franchisee | Outlets at End of the Year |
| Alabama | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arkansas | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| California | 2016 | 4 | 0 | 0 | 0 | 0 | 4 |
|  | 2017 | 4 | 0 | 0 | 0 | 0 | 4 |
|  | 2018 | 4 | 0 | 0 | 0 | 0 | 4 |
| Colorado | 2016 | 1 | 0 | 0 | 0 | 1 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Connecticut | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| Delaware | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| District of Columbia | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Florida | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| Georgia | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| State | Year | Outlets at Start of Year | Outlets Opened | Outlets Reacquired from Franchisee | Outlets Closed | Outlets Sold to Franchisee | Outlets at End of the Year |
| Hawaii | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Illinois | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Indiana | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kentucky | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Louisiana | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Massachusetts | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Michigan | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
| | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
| | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| Minnesota | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
| | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
| | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| Mississippi | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Missouri | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
| | 2017 | 1 | 0 | 0 | 0 | 1 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nebraska | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| State | Year | Outlets at Start of Year | Outlets Opened | Outlets Reacquired from Franchisee | Outlets Closed | Outlets Sold to Franchisee | Outlets at End of the Year |
| Nevada | 2016 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2017 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2018 | 2 | 0 | 0 | 0 | 2 | 0 |
| New Hampshire | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Jersey | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| New Mexico | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2018 | 1 | 0 | 0 | 0 | 1 | 0 |
| New York | 2016 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2017 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2018 | 2 | 0 | 0 | 0 | 0 | 2 |
| North Carolina | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ohio | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oklahoma | 2016 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2017 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2018 | 2 | 0 | 0 | 0 | 0 | 2 |
| Oregon | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pennsylvania | 2016 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2017 | 2 | 0 | 0 | 0 | 0 | 2 |
|  | 2018 | 2 | 0 | 0 | 0 | 0 | 2 |
| Rhode Island | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Carolina | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tennessee | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| State | Year | Outlets at Start of Year | Outlets Opened | Outlets Reacquired from Franchisee | Outlets Closed | Outlets Sold to Franchisee | Outlets at End of the Year |
| Texas | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 2016 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2017 | 1 | 0 | 0 | 0 | 0 | 1 |
|  | 2018 | 1 | 0 | 0 | 0 | 0 | 1 |
| Washington | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wisconsin | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| All Other States | 2016 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2017 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2018 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 2016 | 21 | 0 | 0 | 0 | 1 | 20 |
|  | 2017 | 20 | 0 | 0 | 0 | 1 | 19 |
|  | 2018 | 19 | 0 | 0 | 0 | 3 | 16 |

[1] All numbers are as of our fiscal year end which is December 31. This chart includes outlets of our Corporate Region Subs.

## Table No. 5

## Projected Openings as of December 31, 2018[1]

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| State | Franchise Agreements Signed But Outlet Not Opened | Projected New Franchised Outlet In The Next Fiscal Year | Projected New Company-Owned Outlet In the Next Fiscal Year |
| Alabama | 4 | 30 | 0 |
| Arizona | 1 | 24 | 0 |
| Arkansas | 0 | 7 | 0 |